# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

| | |
|---|---|
| Viette <br> *Plaintiff* <br> v. <br> Holiday Inn Suites <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 12 c 2327 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:
For the reasons set forth above, the Court grants Hospitality's motion for summary judgment. Plaintiff shall take nothing. This case is terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Virginia M. Kendall on a motion for summary judgment by the defendant.

Date: Jun 5, 2013

Thomas G. Bruton, Clerk of Court

/s Tresa S. Abraham